UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ATLAS SHIPPING A/S,

       Plaintiff,

 - against -

CASTOR STAR MARITIME S.A.,

       Defendant.
---------------------------------------------------------------X

08 Civ. 1294 (BSJ)

ECF CASE

### NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: February 25, 2008
Southport, CT

       The Plaintiff,
       ATLAS SHIPPING A/S

       By: _____
       Nancy R. Peterson (NP 2871)
       LENNON, MURPHY & LENNON, LLC
       420 Lexington Ave., Suite 300
       New York, NY 10170
       Phone (212) 490-6050
       Fax (212) 490-6070
       nrp@lenmur.com

**SO ORDERED:**

_____
U.S.D.J.

2/26/08